**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

| DEBTOR'S NAME | CASE NUMBER | DATE OF LAST PAYMENT | ESTIMATED AMOUNT OF ARREARAGE *AS OF 09/08/2014 # of months: 2 |
|---|---|---|---|
| **TIMOTHY A., JR., MORGAN JUDITH L MORGAN** | 12-61930 | 06/20/2014 | $2307.70 |

### TRUSTEE'S PETITION TO DISMISS AND NOTICE OF HEARING

Herbert L. Beskin, Trustee of the estate of the above captioned Chapter 13 Debtors, respectfully reports: That he is the duly appointed and qualified Standing Trustee and that the Debtors aforementioned have defaulted in making their payments matured under the confirmed plan.

**PLEASE TAKE NOTICE** that on **November 20, 2014** at **9:30 A.M.**, in U. S. Courthouse, 1101 Court Street, Lynchburg, VA  24504-the Trustee will present and argue the foregoing Petition to Dismiss .

***The Trustee may request immediate dismissal of the case unless Debtors and Debtors' counsel have consulted in advance with the Trustee's office regarding a proposal to cure their delinquency in plan payments or have filed an amended plan no later than 48 hours in advance of the hearing scheduled above.***

I hereby certify that on September 08, 2014, copies of this Petition and Notice have been mailed to, Debtors, TIMOTHY A., JR., MORGAN, JUDITH L MORGAN, 11375 EAST SAHUARO DRIVE, #1079, SCOTTSDALE, AZ  85259, and that the Attorney for the Debtors has been notified electronically by ECF .

/s/ Herbert L. Beskin

Herbert L. Beskin Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA  22902
Ph: 434-817-9913; Email: ch13staff@ntelos.net

Herbert L. Beskin
Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA  22902
Ph: 434-817-9913; Email: ch13staff@ntelos.net